UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS et al., | : | No.: 3:25cv1907 (VDO) |
| Plaintiffs, | : | |
| v. | : | |
| FEDERAL BUREAU OF PRISONS et al., Defendants. | : | January 22, 2026 |

**CONSENT MOTION FOR EXTENSION OF TIME**

The defendants, the Federal Bureau of Prisons ("BOP") and William K. Marshall III, in his official capacity as Director of the BOP, hereby move the Court for a twelve-day extension of the defendants' deadline to file responsive pleadings to the complaint, from *February 1, 2026 to February 13, 2026*. In making this request, the defendants seek to align the responsive pleadings with the response to the plaintiff's preliminary injunction ("PI") motion, currently due February 13, 2026. In support of this motion, Respondent represents as follows:

1. By way of background, on November 13, 2025, the plaintiffs filed the complaint in this case. *See* ECF No 1. On December 22, 2025, the plaintiffs then filed the PI motion. *See* ECF No 28. Following a conference, the court entered a scheduling order that, among other things, set a deadline for the defendants' response to the plaintiff's PI motion by February 13, 2026.

2. The defendants are currently gathering information to respond to the plaintiffs' PI motion. The defendants submit it makes sense to align this response with that of the responsive pleadings, given the overlap of information necessary to respond to each. Additionally, the

2

undersigned is presently on military leave at Joint Base MDL, NJ and has a response to an order to show cause in a habeas matter due on February 5, 2025.

3. The plaintiffs, through counsel, consent to this motion.

4. This is the defendants' first request for extension of this deadline.

Wherefore, the defendants move for a twelve-day extension of time within which to file their responsive pleadings, *from February 1, 2026, to February 13, 2026.* Good cause for this request inheres in the above-mentioned intricacies.

Respectfully Submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ J. Brian Meskill
J. Brian Meskill (ct29611)
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, CT 06103
T: (203) 821-3700
F: (203) 773-5373
Brian.Meskill@usdoj.gov